United States District Court

Eastern District of California

United States of America,

    Plaintiff,         No. Mag. 05-156 PAN

  vs.                Detention Order

Griselda Tafoya-Cota,

    Defendant.

-oOo-

A.   <u>Order For Detention</u>

    After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B.   <u>Statement Of Reasons For The Detention</u>

    The Court orders the defendant's detention because it finds:

    _____    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

    __X__    By clear and convincing evidence that no condition or combination of conditions will reasonably assure

```
                    the safety of any other person and the community.
C.    Findings Of Fact
      The Court's findings are based on the evidence which was
presented in Court and that which was contained in the Pretrial
Services Report, and includes the following:
   x         (1)  Nature  and Circumstances of the offense
                  charged.

        x         (a)  The crime.

      _____      (b)  The offense is a crime of violence.

      _____      (c)  The offense involves a narcotic.

      _____      (d)  The offense involves a large amount of
                      controlled substances.

   x         (2)  The  weight  of the evidence against the
                  defendant is high.

   x         (3)  The  history and characteristics of the
                  defendant including:

             (a)  General Factors:

      _____       The defendant appears to have a mental
                  condition which may affect whether the
                  defendant will appear.

      _____       The defendant has no family ties in the
                  area.

      _____       The defendant has no steady employment.

      _____       The defendant has no substantial
                  financial resources.

      _____       The defendant is not a long time resident
                  of the community.

      _____       The defendant does not have any
                  significant community ties.

        x         Past conduct of the defendant: parole
                  violations.

      _____       The defendant has a history relating to
```

2

```
                                    drug abuse.

           __X__       The defendant has a significant prior
                       criminal record.

           _____       The defendant has a prior record of
                       failure to appear at court proceedings.

     (b)   Whether the defendant was on probation,
           parole, or release by a court;

     At the time of the current arrest, the defendant was on:

           _____       Probation.

           _____       Parole.

           _____       Release pending trial, sentence, appeal
                       or completion of sentence.

     (c)   Other Factors

           __x__       The defendant is an illegal alien and is
                       subject to deportation.

           _____       The defendant is a legal alien and will
                       be subject to deportation if convicted.

           __X__       Other: False I.D. to police officer.

_____      (4)   Rebuttable Presumptions

In determining that the defendant should be detained, the
court also relied on the following rebuttable presumption(s)
contained in 18 U.S.C. § 3142(e), which the court finds the
defendant has not rebutted:

           _____       (a)   (1) The crime charged is one described in
                             § 3142(f)(1)

                       _____       (A) a crime of violence; or

                       _____       (B) an offense for which the maximum
                                   penalty is life imprisonment or
                                   death; or

                       _____       (C) a controlled substance violation
                                   that has a maximum penalty of ten
                                   years or more; or
```

3

|  |  | _____ | (D) | a felony and defendant previously was convicted of two or more of the offenses described in (A) through (C) above <u>and</u> |
|---|---|---|---|---|
|  |  |  | (2) | Defendant previously has been convicted of one of the crimes listed in subparagraph (1)(A)-(C), above <u>and</u> |
|  |  |  | (3) | The offense referred to in subparagraph (2) was committed while defendant was on release pending trial <u>and</u> |
|  |  |  | (4) | Not more than five years has elapsed since the date of conviction or release from imprisonment for the offense referred to in subparagraph (2). |

    _____ (b) There is probable cause to believe that defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed

        _____ in the Controlled Substances Act, 21 U.S.C. §§ 801, et seq.,

        _____ the Controlled Substances Act, 21 U.S.C. §§ 951, et seq.,

        _____ the Maritime Drug Law Enforcement Act, 46 U.S.C. App. §§ 1901, et seq., or

        _____ an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b.

        _____ an offense under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

D. <u>Additional Directives</u>

    Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:

    The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or

1 being held in custody pending appeal; and

2     The defendant be afforded reasonable opportunity for private consultation with his counsel; and

3

4     That, on order of a court of the United States, or request of an attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6

7     Dated: June 1, 2005.

8

9                                         /s/ Peter A. Nowinski
                                          Peter A. Nowinski
10                                        Magistrate Judge