1   QUIN DENVIR, Bar #49374
    Federal Defender
2   LINDA HARTER, Bar # 179741
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5
    Attorney for Defendant          **OK/HAV**
6   GRISELDA TAFOYA-COTA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,       ) No. CR-S-05-0232 DFL
11                                  )
                    Plaintiff,      )
12                                  ) STIPULATION AND [PROPOSED ORDER]
          v.                        )
13                                  )
    GRISELDA TAFOYA-COTA,           ) Date: July 14, 2005
14                                  ) Time: 10:00 A.M.
                                    )
15                                  ) Judge: Hon. David F. Levi
                    Defendant.      )
16
    _____
17
            IT IS HEREBY STIPULATED by and between the parties hereto through
18
    their respective counsel, MICHAEL BECKWITH, Assistant United States
19
    Attorney, attorney for Plaintiff, LINDA HARTER, Assistant Federal
20
    Defender, attorney for defendant, that the current Trial Confirming
21
    Hearing of July 7, 2005 and the Jury Trial date of July 25, 20005 be
22
    vacated and a Change of Plea Hearing date of July 14, 2005 at 10:00
23
    a.m. be set.
24
            The parties have a plea agreement in this case and need the
25
    additional time so defense counsel can meet with the defendant
26
    regarding the plea agreement.
27
    ///
28

1  ///

2       It is further stipulated and agreed between the parties that the

3  period beginning July 7, 2005 to July 14, 2005, should be excluded in

4  computing the time within which the trial of the above criminal

5  prosecution must commence for purposes of the Speedy Trial Act for

6  defense preparation.  All parties stipulate and agree that this is an

7  appropriate exclusion of time within the meaning of Title 18, United

8  States Code, Section 3161(h)(8)(iv) (Local Code T4) and that the ends

9  of justice to be served by a continuance outweigh the best interests of

10  the public and the defendant in a speedy trial.

11  Dated: July 6, 2005

12                              Respectfully submitted,

13                              QUIN DENVIR
                                Federal Defender

14

15                  _____/S/LINDA HARTER_____
                                LINDA HARTER
16                              Assistant Federal Defender
                                Attorney for Defendant
17                              GRISELDA TAFOYA-COTA

18
                                MCGREGOR W. SCOTT
19                              United States Attorney

20

21  Dated: July 6, 2005
                          BY:____/S/MICHAEL BECKWITH_____
22                              MICHAEL BECKWITH
                                Assistant U.S. Attorney

23

24

25

26

27

28

2

Stipulation and Order/Tafoya-Cota, Griselda/Cr-S-05-232

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.


DATED: 7/7/2005


DAVID F. LEVI
United States District Judge


Stipulation and order/Tafoya-Cota, Griselda/Cr-S-05-232 DFL

3